1  Jordan T. Smith, Esq., Bar No. 12097
   JTS@pisanellibice.com
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada  89101
   Telephone:  702.214.2100
4  Facsimile:   702.214.2101

5  *Attorneys for Defendants Joseph W. Turgeon,*
   *Kurt A. Gustafson, Francois Lebel, William L. Ashton,*
6  *Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca,*
   *Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner,*
7  *Raymond W. Cohen, Anthony E. Maida, and*
   *Elizabeth A. Czerepak and for Nominal Defendant*
8  *Spectrum Pharmaceuticals Inc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFRY JOHNSON, Derivatively on Behalf of SPECTRUM PHARMACEUTICALS INC., | CASE NO. 2:22-CV-00538-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER GRANTING DISMISSAL OF PLAINTIFF'S VERIFIED DERIVATIVE COMPLAINT** |
| JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS LEBEL, WILLIAM L. ASHTON, NORA E. BRENNAN, SETH H.Z. FISCHER, JEFFREY L. VACIRCA, DOLATRAI M. VYAS, BERNICE R. WELLES, STUART KRASSNER, RAYMOND W. COHEN, ANTHONY E. MAIDA, and ELIZABETH A. CZEREPAK, | |
| Defendants, | |
| and | |
| SPECTRUM PHARMACEUTICALS INC., | |
| Nominal Defendant. | |

Plaintiff Jeffry Johnson ("Plaintiff"), derivatively and on behalf of nominal defendant Spectrum Pharmaceuticals Inc. ("Spectrum" or the "Company"), and defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles , Stuart Krassner, Raymond W. Cohen, Anthony E. Maida, and Elizabeth A. Czerepak ("Defendants" and together with the Plaintiff

and Spectrum, the "Parties") jointly submit this Stipulation ("Stipulation"), and in support thereof state as follows:

**WHEREAS**, on March 29, 2022, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Spectrum against Defendants (the "Action");

**WHEREAS**, on or about July 31, 2023, Spectrum completed a merger transaction that resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

**WHEREAS**, the Parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such compensation has been made;

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.

| BRAGAR EAGEL & SQUIRE, P.C. | PISANELLI BICE PLLC |
|---|---|
| By: */s/ Melissa A. Fortunato*<br>Melissa A. Fortunato, Esq.<br>J. Brandon Walker, Esq.<br>810 Seventh Avenue, Suite 620<br>New York, New York  10019<br><br>Spencer M. Judd, Esq.<br>SJ LAW<br>9420 Mountainaire Avenue<br>Las Vegas, Nevada  89134<br><br>*Attorneys for Plaintiff* | By: */s/ Jordan T. Smith*<br>Jordan T. Smith, Esq., #12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada  89101<br><br>*Attorneys For Defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner, Raymond W. Cohen, Anthony E. Maida, and Elizabeth A. Czerepak, and for Nominal Defendant Spectrum Pharmaceuticals Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 14, 2024

CASE NO.  2:22-CV-00538-JCM-NJK

2